THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK MALLIA, Appellant. (Appeal from Judgment of Supreme Court, Monroe County, Doyle, J.—Criminal Possession Controlled Substance, 1st Degree.) Present—Denman, P. J., Callahan, Boomer, Lawton and Davis, JJ.